UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                              Case No.: 13-31138-MAM
                                                    Chapter 11
Eugenia L. Cannavo,

_____Debtor_____/

# DEBTOR'S MOTION TO DEEM MORTGAGE AND NOTE CURRENT WITH U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF LB-LGLOO SERIES IV TRUST AND SN SERVICING CORPORATION.[1], TO CORRECT AMOUNT DUE TO REFLECT THE PAYMENTS MADE UNDER THE DEBTOR'S CONFIRMED CHAPTER 11 PLAN, DEEM PRINCIPAL BALANCE IS INCORRECT AND DEMAND ACCOUNTING OF NOTE

Eugenia L. Cannavo (the "Debtor"), by and through her undersigned counsel, files Debtor's Motion to Deem Mortgage and Note Current with U.S. Bank Trust National Association, As Trustee of LB-LGLOO Series IV Trust and SN SERVICING CORPORATION (collectively the "Creditor") to Correct Amount Due to Reflect the Payments Made Under the Debtor's Confirmed Chapter 11 plan, Deem Principal Balance is Incorrect and Demand of Accounting of Note support thereof the Debtor states as follows:

---

[1] At the time of conversion to a chapter 11 case this claim was held by Wells Fargo Bank, N.A. On December 13, 2017, Wells Fargo Bank, N.A., transferred the claim to PROF-2013-SE Legal title Trust IV, by U.S. Bank National Association, As Legal Title Trust (herein referred as "Prof-2013-SE") with notices and the servicer being Fay Servicing, LLC. See De 164. On August 20, 2019, then Pro-2013-SE transferred the claim to 1900 Capital Trust III, By U.S. Bank Trust National Association not in its individual capacity but solely as Certificate Trustee (herein referred as "1900 Capital Trust") with notice and the services being Shellpoint Mortgage servicing. See DE 166. This amount was not for the full amount of the pervious claim. On January 24, 2020, the 1900 Capital Trust transfer the claim to Citibank, N.A., as Trustee for CMLTI Asset Trust and notices to be sent to Fay Servicing, LLC. See DE 167. On June 11, 2021, which has not been filed with the Court, the Debtor received that the new owner is U.S. Bank Trust National Association, as Trustee of LB-Lgloo Series IV Trust and the servicer is SN Servicing Corporation. (see Exhibit "A')

1

1. On August 18, 2014 Wells Fargo Bank, N.A. filed a proof of Claim (Claim 8-2) in the case in the amount of $1,182,631.10[2] (the "Claim").

2. On December 23, 2014, the Debtor's Chapter 11 plan (the "Plan") was confirmed.

3. In the Plan, the Claim was separately classified as Class 2, which was for the Debtor's homestead property located at 700 Ocean Royal Way, Apt 903S, Juno Beach, Florida 33408 (the "Property").

4. The Debtor has filed a Final report and Motion for Entry of Final Decree (DE #170) and Motion to reopen case and For Issuance of Debtor's Discharge (DE #171).

5. On May 10, 20021, Fay Servicing sent a letter to the Debtor stating the amount due is $113,517.16 and the outstanding balance is principal is $808,293.74. See Exhibit "B".

6. Yet, on June 11, 2021, SN Servicing Corporation sent a letter to the Debtor stating the outstanding principal is $857,049.15, attached hereto as Exhibit "C".

7. So in 30 days the Debtor's principal balance went up $48,755.41.

8. Upon and information and belief these numbers are not accurate and do not make sense on its face, as the Debtor cured the arrearage amount in the Plan and has paid over $900,000.00 to the note holder since filing the case.

9. According to the Plan, the Debtor paid $6,486.17 per month for the ongoing mortgage payment. Please look at footnote 4 of the Claim in which states that $6,486.17 per month is the monthly mortgage payment without arrearage.

10. Exhibit "B" show that the "Regular Monthly Payment is $8,272.33, which is $1,796.16 more than stated amount in the Claim in footnote 4. This is a fixed interest

---

[2] This claim was never litigated but assume that this number is a correct figure the post-petition figures on Exhibit "B" balance number are clearly erroneous.

rate loan at 8.2% over a 30 year period. The real estate taxes on the Property have relatively stayed the same during the pendency of the Plan[3] and escrow amount for taxes was included in $6,486.17 figure. It appears it is impossible for the payment to now be $8,272.33.

11. Since the effective date of the plan the Debtor has been paying $11,729.10 per month to appropriate servicer. $6,487.68 per month was to be allocated to the regular payment and $5,230.45 was to be allocated to the arrearage amount. The Debtor has made additional 18 payments past the 60th month as required under the Plan. The 18 payments times $5,230.45 (ongoing arrearage), which totals $94,148.10 plus 60 payments at 5,230.45 times 60 months payments equal $313,827. The total amount that was paid for arrearage was $407,975.10. The Debtor also continued to pay the $6,487.68 for the ongoing payments. The Debtor did not make the balloon payment of approximate $80,000 as required under the Plan with no objection by the Claim's holder, however the Debtor paid it over 18 months which total $94,148.10 which is excess of the balloon payment. Therefore, the Debtor has complied with the balloon payment requirement under the confirmed Plan. The Debtor is receiving statements from Fay Services dated May 11, 2021 which incorrectly states that the total amount past due is $113,516.16 and the outstanding principal is $808,293.74. The figures on its face do not make sense.

12. The Debtor demands that the amount is current and demands accounting of application of payments toward principal, toward interest, late fees, escrow, and other fees.

13. The Debtor request's attorney fees against the Note Holder and Servicers for violation of the Confirm Plan, applicable provisions of the bankruptcy code, violation

---

[3] Real property taxes for 2013 -$14,271, 2014 - $14,305, 2015 - $14,184, 2016 - $13,638, 2017 - $13,708, 2018 - $14,311, 2019 - $14,311, and 2020 - $14,487. See Exhibit "D"

of Truth in Lending Act, RESPA and all applicable federal statutes.

14. In addition, The Note Holder and Servicer shall interpret this Motion as a request for Information under 12 CFR Part 1024.

15. **WHEREFORE,** the Debtor respectfully requests that this Court enter an order Deeming Debtor's Mortgage and Note Current with U.S. Bank Trust National Association, As Trustee of LB-LGLOO Series IV Trust and SN SERVICING CORPORATION (collectively the "Creditor), Ordering Creditor to Correct Amount Due to Reflect the Payments Made Under the Debtor's Confirmed Chapter 11 plan, Deem Principal Balance is Incorrect and Demand of Accounting of Note and for such other and further relief as the Court deems appropriate.

Respectfully submitted this _30th_ day of June, 2021.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

> **MICHAEL A. KAUFMAN P.A.**
> *Attorney for Debtor*
> 1615 Forum Place, Suite 3A
> West Palm Beach, Florida 33401
> 561-478-2878 Telephone
> 561-584-5555 Facsimile
>
> By: */s/ Michael A. Kaufman*
> Michael A. Kaufman, Esq.
> Florida Bar Number: 628042

EX A

**SN SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Espanol, Ext. 2660 o 2643
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

June 11, 2021

EUGENIA CANNAVO
700 OCEAN ROYALE WAY
JUNO BEACH FL 33408

RE: **Loan Number:** _____
Collateral: 700 OCEAN ROYALE WAY; JUNO BEACH, FL

## NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF LOAN

Dear Borrower:

The Truth in Lending Act, 15 U.S.C. 1601, requires that borrowers receive a written Notice when their loan is assigned, sold or transferred. This assignment, sale or transfer does not change the terms of your loan or your contractual obligations as described in your loan documents. The information below describes the details of the assignment, sale or transfer of your mortgage loan:

- Date of Assignment, Sale or Transfer: **May 27, 2021**

- The transfer of ownership has been filed in the mortgage records for the county or local jurisdiction where the property securing this mortgage is located or registered with Mortgage Electronic Registration systems, Inc. whichever is applicable to this mortgage loan.

- A servicer is authorized to act on behalf of the owner/lender to handle the daily servicing of your loan. Your servicer collects payments for your account. If you have any questions about your loan, please contact your servicer at the telephone number, address or website listed below:

    Name:              **SN Servicing Corporation**
    Address:           **323 Fifth Street, Eureka CA  95501**
    Telephone Number:  **(800) 603-0836 (Toll free) 8:00 a.m. - 5:00 p.m. Pacific Time**
    Website Address:   www.snsc.com

- An owner (also known as a "lender") is the person to whom the loan belongs. The identity of your new owner is:

    Name:              **U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust**
    Address:           **7114 E Stetson Dr Ste 250; Scottsdale,  85251**
    Telephone Number:  **(800) 603-0836**

**Partial Payment:**
On behalf of the lender, the servicer may hold payments that are less than the full amount due (partial payments) in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.

If this loan is sold, your new lender may have a different policy.

**Please do not send payments to the owner listed above, as they will not be credited to your loan. Your monthly payments and all inquiries must be sent directly to your servicer, SN Servicing Corporation. The servicer has authority to act on the owner's behalf with regard to the administration of your loan.**



FAY SERVICING    P.O. Box 619063
Dallas, TX 75261-9063

3-775-18019-0060136-013-1-000-100-000-000



EUGENIA CANNAVO
700 OCEAN ROYALE WAY
JUNO BEACH FL 33408-1323

**Mortgage Statement**
Statement Date 05/10/2021

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT Friday, and 10 a.m. - 4 p.m. CT Saturday.

www.fayservicing.com

| | |
|---|---|
| Account Number | |
| Payment Due Date | 06/01/2021 |
| Amount Due | $113,517.16 |

Property Address:

700 OCEAN ROYALE WAY
JUNO BEACH FL 33408

### Bankruptcy Message

Our records show that either you are a debtor in bankruptcy or you discharged personal liability for the mortgage loan in bankruptcy.

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving a mortgage statement, you must submit a written request to the following address:
   Fay Servicing, LLC
   901 S. 2nd Street, Suite 201
   Springfield, IL 62704

If you later want to resume receiving a mortgage statement, you must submit a written request to the same address. Please be aware that we must comply with any order entered by the court in your bankruptcy case that requires us to cease providing a mortgage statement.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,737.23 |
| Interest | $5,376.15 |
| Escrow (for Taxes and/or Insurance) | $1,158.95 |
| **Regular Monthly Payment** | **$8,272.33** |
| Overdue Payments | $106,916.59 |
| Total Fees Charges | $577.99 |
| Suspense (Unapplied Funds)* | ($2,249.75) |
| **Total Amount Due** | **$113,517.16** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $808,293.74 |
| Current Interest Rate | 8.20000% |
| Escrow Balance | $16,841.63 |

### Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $3,147.78 | $9,316.16 |
| Interest | $11,078.98 | $33,364.12 |
| Escrow | $2,193.16 | $6,753.76 |
| Suspense | ($4,690.82) | ($2,517.64) |
| Fees | $0.00 | $0.00 |
| **Total** | **$11,729.10** | **$46,916.40** |

### Important Messages

*Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage.

### **Account History**

Recent Account History

- Payment Due: 05/01/21  Unpaid balance of $8,272.33
- Payment Due: 04/01/21  Unpaid balance of $8,272.33
- Payment Due: 03/01/21  Unpaid balance of $8,272.33
- Payment Due: 02/01/21  Unpaid balance of $8,209.96
- Payment Due: 01/01/21  Unpaid balance of $8,209.96
- Payment Due: 12/01/20  Unpaid balance of $8,209.96
- **Total:$113,517.16 unpaid amount that, if paid, would bring your loan current.**

If You Are Experiencing Financial Difficulty: See back for information about mortgage counseling or assistance.

EX C



**SN SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Espanol, Ext. 2660 o 2643
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785



June 11, 2021

EUGENIA CANNAVO
700 OCEAN ROYALE WAY
JUNO BEACH FL 33408

RE: New Loan Number:
    Old Loan Number:
    Collateral: 700 OCEAN ROYALE WAY; JUNO BEACH FL

Dear Customer:

This notice is being sent to you in accordance with the Federal Fair Debt Collection Practices Act, 15 U.S.C. §§1692 et seq.

As of the date of this letter, our records indicate the total amount of your debt is $857,049.15. Because of interest, late charges and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, write the undersigned or call (800) 603-0836.

LB-Igloo Series IV Trust is the creditor to whom the debt is owed. However, SN Servicing Corporation, a debt collector, is responsible for servicing and collecting the debt.

Unless you dispute the validity of the debt or any portion of the debt within thirty (30) days after your receipt of this letter, we will assume that the debt is valid.

If you notify us in writing within thirty (30) days after your receipt of this letter that you dispute the debt or any portion of the debt, we will obtain verification of the debt or a copy of any judgment against you and we will mail you a copy of such verification or judgment.

We will provide you with the name and address of the original creditor on the debt, if different from the current creditor, if you request this information in writing within thirty (30) days after your receipt of this letter.

You are hereby notified that this letter is being sent to you by SN Servicing Corporation, which is a debt collector. SN Servicing Corporation is attempting to collect a debt. Any information obtained by us will be used for that purpose. However, if you are in a bankruptcy proceeding or your debt has been discharged in bankruptcy, please read the next paragraph carefully for some important information.

*NOTICE TO ANY CUSTOMER IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY:* Notwithstanding anything in this notice to the contrary, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not intended as a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, however, please also note that despite any such bankruptcy filing, we do continue to retain whatever rights we hold in the property that secures the obligation.

TRANSLATION SERVICES: SN Servicing Corporation primarily conducts business in English, and offers limited Spanish-speaking communications services. SN Servicing Corporation cannot guarantee such services will be available at all times during the workday. A translation and description of commonly-used debt collection terms is available in multiple languages at www.nyc.gov/dca.

**SN Servicing Corporation for LB-Igloo Series IV Trust**
Customer Service Department

*This is not the amount to pay off your loan. It may not include interest, late charges, third party fees or credits that may occur during the transfer period.

ADJUST FONT SIZE: ➕ ➖ RESET

Website Search 🔍





- Classic PAPA
- MyPAPA
- Print This Page
- Save as PDF
- Print Property Summary
- 2020 Proposed Notice

Property Detail • Owner Information • Sales Information • Exemption Information • Property Information • Appraisals • Assessed and Taxable Values • Taxes

Full Property Detail

## Property Detail

**Show Full Map**

| | |
|---|---|
| Location Address | 700 OCEAN ROYALE WAY 903 |
| Municipality | JUNO BEACH |
| Parcel Control Number | 28-43-41-21-22-002-0903 |
| Subdivision | OCEAN ROYALE CONDOMINIUM |
| Official Records Book/Page | 22758 / 521 |
| Sale Date | JUL-2008 |
| Legal Description | OCEAN ROYALE CONDOMINIUM UNIT S-903 SOUTH BLDG |

**Nearby Sales Search**



## Owner Information

Change of Address

**Owner(s)**
CANNAVO EUGENIA L &
CANNAVO JOSEPH P

**Mailing Address**
700 OCEAN ROYALE WAY APT 903S
JUNO BEACH FL 33408 1310

## Sales Information

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| JUL-2008 | $1,200,000 | 22758 / 00521 | WARRANTY DEED | CANNAVO EUGENIA L & |
| AUG-2004 | $1,150,000 | 17384 / 00156 | WARRANTY DEED | GABE CHARLES E TR |
| MAY-2001 | $617,500 | 12656 / 01050 | WARRANTY DEED | SCOTT CHARLES D & |

**NOTE:** Sales do not generally appear in the PAPA database until approximately 1 to 3 weeks after the closing date. If a recent sale does not show up in this list, please allow more time for the sale record to be processed.

## Exemption Information

Portability Calculator

**Save Our Homes (SOH) Base Year:** 2011
**Exemption Year:** 2021

| Applicant/Owner | Year | Detail |
|---|---|---|
| CANNAVO EUGENIA L & | 2021 | ADDITIONAL HOMESTEAD |
|  | 2021 | HOMESTEAD |

## Property Information

| Subarea and Sq. Footage for Building 1 | | Structural Element for Building 1 | | Sketch for Building 1 |
|---|---|---|---|---|
| **Code Description** | **Sq. Footage** | 1. Name | OCEAN ROYALE CONDO | No Image Found |
| No Data Found. | | 2. Area | 2792 | |
| | | 3. Year Built | 2000 | |
| | | 4. No of Bedroom(s) | 3 | |
| Number of Units | 1 | 5. No of Bath(s) | 3 | |
| | | 6. No of Half Bath(s) | | |
| Total Square Feet* | 2792 | | | |
| Acres | | | | |
| Property Use Code | 0400 - CONDOMINIUM | | | |
| Zoning | RM-00 - Multi-Family - Moderate - Open ( 28-JUNO BEACH ) | | | |

[View Building Details]

* May indicate living area in residential properties.

[Request Structural Details Change]

## Appraisals

| Tax Year | 2020 | 2019 | 2018 | 2017 | 2016 |
|---|---|---|---|---|---|
| Improvement Value | $1,075,000 | $1,050,000 | $1,065,000 | $1,240,000 | $1,240,000 |
| Land Value | $0 | $0 | $0 | $0 | $0 |
| Total Market Value | $1,075,000 | $1,050,000 | $1,065,000 | $1,240,000 | $1,240,000 |

Show 5 year | Show 10 year

All values are as of January 1st each year

## Assessed and Taxable Values

| Tax Year | 2020 | 2019 | 2018 | 2017 | 2016 |
|---|---|---|---|---|---|
| Assessed Value | $774,032 | $756,630 | $742,522 | $727,250 | $712,292 |
| Exemption Amount | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 |
| Taxable Value | $724,032 | $706,630 | $692,522 | $677,250 | $662,292 |

Show 5 year | Show 10 year

## Taxes

| Tax Year | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Ad Valorem | $14,392 | $14,214 | $13,609 | $13,540 | $13,654 | $14,087 | $14,205 | $14,171 | $14,153 | $14,002 |
| Non Ad Valorem | $95 | $97 | $98 | $98 | $97 | $97 | $100 | $100 | $99 | $99 |
| Total tax | $14,487 | $14,311 | $13,707 | $13,638 | $13,751 | $14,184 | $14,305 | $14,271 | $14,252 | $14,101 |

Show 5 year | Show 10 year

**\*Buyers take note:** Taxes will change and often increase substantially when a property sells. The seller's exemption benefits will GO AWAY the year after they sell and this may result in higher taxes for a buyer. Please use the Property Tax Calculator to get a better annual tax estimate if you are purchasing this property.

[Property Tax Calculator]

[Property Tax Detail]

[Tax Collector]

 HOME     CONTACT US     RECORDS CUSTODIAN

*Disclaimer: The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser exercises strict auditing procedures to ensure validity of any transaction received and posted by this office, but cannot be responsible for errors or omissions in the information received from external sources. Due to the elapsed time between transactions in the marketplace, and the time that those transactions are received from the public and/or other jurisdictions, some transactions will not be reflected. Information collected at this site, including email addresses, becomes public record and may be subject to inspection and copy by the public unless prohibited by exception or exemption in the law.*

*This site is designed to work best with the Internet Explorer 10 or higher and other proprietary browsers like Google Chrome, Mozilla Firefox and Safari. Please contact us if you need additional information or assistance with browser settings.*

# ADA Access

*The Palm Beach County Property Appraiser's Office is committed to compliance with the Americans with Disabilities Act (ADA) and WCAG 2.0 and WCAG 2.1. It does not discriminate on the basis of disability in the admission or access to, or treatment or employment in, its services, programs or activities. Upon request, reasonable accommodation will be made to allow individuals with disabilities access to the communications regarding our services, programs or activities set forth on the Palm Beach County Property Appraiser's Office website. Please contact our public records custodian at **561.355.2881** or e-mail your request to **pa-pubsvc@pbcgov.org**.*

*© 2019 Palm Beach County Property Appraiser. Designed and maintained by Palm Beach County, Information Systems Services.*